STATE OF NEW JERSEY v. LANYARD T. McKNIGHT.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH C. FLETCHER.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL HARGROVE.

March 30, 1982.

Petition for certification denied.

ANNAMARIE NOVAK v. PAUL NOVAK.

March 30, 1982.

Petition for certification denied.

BRADFORD O. DOTEN v. JOSEPH F. BURKE, III.

March 30, 1982.

Petition for certification denied.